Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-03167-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| RANDALL JACKSON and JANE SUE JACKSON<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, RANDALL JACKSON and JANE SUE JACKSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 12-14, 2009 | BUBALO HIESTAND & ROTMAN, PLC |
| 2 | | |
| 3 | | By: /s/ Leslie M. Cronen |
| | | Leslie M. Cronen |
| 4 | | Attorneys for Plaintiffs, Randall Jackson and Jane Sue Jackson |
| 5 | DATED: Jan. 13, 2010 | DLA PIPER LLP (US) |
| 6 | | |
| 7 | | By: /s/ Michelle W. Sadowsky |
| | | Michelle W. Sadowsky |
| 8 | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010

Hon. Charles R. Breyer
United States District Court

---

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE